Amanda M. Fugazy (AF-6772)  
Paul P. Rooney (PR-0333)  
FUGAZY & ROONEY LLP  
225 Broadway, 39th Floor  
New York, NY 10007  
(516) 584-1642  

Howard L. Balsam (HB-3820)  
THE LAW OFFICES OF HOWARD BALSAM  
122 East 42nd Street, Suite 1700  
New York, New York 10168  
(212) 543-9999  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------X  
Michael BALDO, et al., on behalf of themselves and all others similarly situated,

      Plaintiff,

08-CV-516 (JSR)(FM)

-against-

**NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**

Homebridge Mortgage Bankers Corp., Nicholas Bratsafolis, Jordan Harris, James Clooney, David Pankin, and John Does 1-10,

ECF-FILED

      Defendants.  
------------------------------------------------------------------X

  PLEASE TAKE NOTICE that counsel for Plaintiffs has filed with the Court the annexed consents to join collective action in the above-captioned civil action on behalf of Jason Ferrante and William Citrano.

Dated: January 23, 2008  
   New York, New York

          Respectfully submitted,

          FUGAZY & ROONEY LLP

          By: _____  
          Paul P. Rooney (PR-0333)  
          225 Broadway, 39th Floor  
          New York, New York 10007  
          (212) 346-0570

          Attorneys for Plaintiffs

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act 29 U.S.C. §216(b)

1. I worked as an employee for Homebridge Mortgage Bankers Corp. in its New York City office.

2. I consent and agree to become a plaintiff in a lawsuit against Homebridge Mortgage Bankers Corp. or its affiliates or successors (collectively "Homebridge") to pursue my claims arising out of uncompensated work time including straight time and overtime.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this lawsuit.

4. I hereby designate Paul P. Rooney, Esq., and Amanda M. Fugazy, Esq., of Fugazy & Rooney LLP, and Howard Balsam, Esq. to represent me for all purposes in this action and as the collective action representatives for this case.

Signature: _/s/ [signed]_

Print Name: Jason Ferrante

Date Signed: January 19, 2008

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act 29 U.S.C. §216(b)

1. I worked as an employee for Homebridge Mortgage Bankers Corp. in its New York City office.

2. I consent and agree to become a plaintiff in a lawsuit against Homebridge Mortgage Bankers Corp. or its affiliates or successors (collectively "Homebridge") to pursue my claims arising out of uncompensated work time including straight time and overtime.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this lawsuit.

4. I hereby designate Paul P. Rooney, Esq., and Amanda M. Fugazy, Esq., of Fugazy & Rooney LLP, and Howard Balsam, Esq. to represent me for all purposes in this action and as the collective action representatives for this case.

Signature: _/s/ William C. Citrano_

Print Name: William C. Citrano

Date Signed: 1/18/08

# CERTIFICATE OF SERVICE

I, Paul P. Rooney, one of the attorneys for Plaintiffs, hereby certify that on January 23, 2008, the annexed NOTICE OF FILING OF CONSENT TO JOIN COLLECTIVE ACTION and the annexed CONSENTS were served by United States Mail First Class upon the following defendants at the following addresses:

Homebridge Mortgage Bankers Corp.
c/o Nicholas Bratsofalis
60 Oak Dr.
Syosset, New York 11791-4620

Nicholas Bratsofalis
Chief Executive Officer
Homebridge Mortgage Bankers Corp.
60 Oak Drive
Syosset, New York 11791-4620

Mr. Jordan Harris
Homebridge Mortgage Bankers Corp.
60 Oak Drive
Syosset, New York 11791-4620

Mr. James Clooney
Homebridge Mortgage Bankers Corp.
60 Oak Drive
Syosset, New York 11791-4620

Mr. David Pankin
Homebridge Mortgage Bankers Corp.
60 Oak Drive
Syosset, New York 11791-4620

*[signature]*
Paul P. Rooney