Amanda M. Fugazy (AF-6772)
Paul P. Rooney (PR-0333)
FUGAZY & ROONEY LLP
225 Broadway, 39th Floor
New York, NY 10007
(516) 584-1642

Howard L. Balsam (HB-3820)
THE LAW OFFICES OF HOWARD BALSAM
122 East 42nd Street, Suite 1700
New York, New York 10168
(212) 543-9999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Michael BALDO, et al., on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

Homebridge Mortgage Bankers Corp., Nicholas Bratsafolis, Jordan Harris, James Clooney, David Pankin, and John Does 1-10,

                Defendants.
-------------------------------------------------------------X

08-CV-516 (JSR)(FM)

**NOTICE OF FILING OF CONSENT TO JOIN COLLECTIVE ACTION**

ECF-FILED

    PLEASE TAKE NOTICE that counsel for Plaintiffs has filed with the Court the annexed CONSENT TO JOIN COLLECTIVE ACTION in the above-captioned civil action on behalf of Chris Dabiere.

Dated:   January 24, 2008
         New York, New York

                            Respectfully submitted,

                            FUGAZY & ROONEY LLP

                            By: _____
                               Paul P. Rooney (PR-0333)
                            225 Broadway, 39th Floor
                            New York, New York 10007
                            (212) 346-0570

                            Attorneys for Plaintiffs

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act 29 U.S.C. §216(b)

1. I worked as an employee for Homebridge Mortgage Bankers Corp. in its New York City office.

2. I consent and agree to become a plaintiff in a lawsuit against Homebridge Mortgage Bankers Corp. or its affiliates or successors (collectively "Homebridge") to pursue my claims arising out of uncompensated work time including straight time and overtime.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this lawsuit.

4. I hereby designate Paul P. Rooney, Esq., and Amanda M. Fugazy, Esq., of Fugazy & Rooney LLP, and Howard Balsam, Esq. to represent me for all purposes in this action and as the collective action representatives for this case.

Signature: _____

Print Name: Chris Dibiere

Date Signed: 1/16/08

# CERTIFICATE OF SERVICE

I, Paul P. Rooney, one of the attorneys for Plaintiffs, hereby certify that on January 24, 2008, the annexed NOTICE OF FILING OF CONSENT TO JOIN COLLECTIVE ACTION and the annexed CONSENT TO JOIN COLLECTIVE ACTION were served by United States Mail First Class upon the following defendants at the following addresses:

Homebridge Mortgage Bankers Corp.
c/o Nicholas Bratsofalis
60 Oak Dr.
Syosset, New York 11791-4620

Nicholas Bratsofalis
Chief Executive Officer
Homebridge Mortgage Bankers Corp.
60 Oak Drive
Syosset, New York 11791-4620

Mr. Jordan Harris
Homebridge Mortgage Bankers Corp.
60 Oak Drive
Syosset, New York 11791-4620

Mr. James Clooney
Homebridge Mortgage Bankers Corp.
60 Oak Drive
Syosset, New York 11791-4620

Mr. David Pankin
Homebridge Mortgage Bankers Corp.
60 Oak Drive
Syosset, New York 11791-4620

_/s/ Paul P. Rooney_
Paul P. Rooney