Amanda M. Fugazy (AF-6772)
Paul P. Rooney (PR-0333)
FUGAZY & ROONEY LLP
225 Broadway, 39th Floor
New York, NY 10007
(516) 584-1642

Howard L. Balsam (HB-3820)
THE LAW OFFICES OF HOWARD BALSAM
122 East 42nd Street, Suite 1700
New York, New York 10168
(212) 543-9999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------)( 

Michael BALDO, et al., on behalf of themselves and all others
similarly situated,

08-CV-516 (JSR)(FM)

Plaintiffs,

-against-

NOTICE OF FILING OF
CONSENT TO JOIN
COLLECTIVE ACTION

Homebridge Mortgage Bankers Corp., Nicholas Bratsafolis,
Jordan Harris, James Clooney, David Pankin, and John Does
1-10,

ECF-FILED

Defendants.

-----------------------------------------------------------------------------)( 

PLEASE TAKE NOTICE that counsel for Plaintiffs has filed with the Court the annexed

CONSENT TO JOIN COLLECTIVE ACTION in the above-captioned civil action on behalf of

Brian Altman.

Dated:   January 28, 2008
         New York, New York

Respectfully submitted,

FUGAZY & ROONEY LLP

By: _____

     Paul P. Rooney (pR-O333)
225 Broadway, 39th Floor
New York, New York 10007
(212) 346-0570

Attorneys for Plaintiffs

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act 29 D.S.C. §216(b)

1. I worked as an employee for Homebridge Mortgage Bankers Corp. in its New York City office.

2) I consent and agree to become a plaintiff in a lav-:suit against Homebridge Mortgage Bankers Corp. or its affiliates or successors (collectively "Homebridge") to pursue my claims arising out of uncompensated work time including straight time and m'ertime.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended~ 29 D.S.C. §20L et seq. I hereby consent, agree and. opt-in to become a Piaintiff herein and be bound to any judgment by the Court or any settlement of this lawsuit.

4. I hereby designate Paul P. Rooney, ESG. and Amanda M. Fugazy, ESQ., of Fugazy & Rooney LLP, and Howard BLSam~ Esq. to represent me for all plli-uoses L this action and as the collective action representatives ['} this case

Signature: _____

Print Name: ___Brian Altman___

Date Signed: ___1-24-08___

# CERTIFICATE OF SERVICE

I, Paul P. Rooney, one of the attorneys for Plaintiffs, hereby certify that on

January 28, 2008, the annexed NOTICE OF FILING OF CONSENT TO JOIN COLLECTIVE

ACTION and the annexed CONSENT TO JOIN COLLECTIVE ACTION were served by

United States Mail First Class upon counsel for the defendants at the following address:

> Wendy Mellk, Esq.
> Jackson Lewis LLP
> 58 South Service Road, Suite 410
> Melville, NY 11747



PaulP.Rooney