**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act 29 U.S.C. §216(b)**

1. I worked as an employee for Homebridge Mortgage Bankers Corp. in its New York City office.

2. I consent and agree to become a plaintiff in a lawsuit against Homebridge Mortgage Bankers Corp. or its affiliates or successors (collectively "Homebridge") to pursue my claims arising out of uncompensated work time including straight time and overtime.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this lawsuit.

4. I hereby designate Paul P. Rooney, Esq., and Amanda M. Fugazy, Esq., of Fugazy & Rooney LLP, and Howard Balsam, Esq. to represent me for all purposes in this action and as the collective action representatives for this case.

Signature: _/s/ Yan_____

Print Name: IRINA YANKOVSKAYA

Date Signed: 02/01/08

## CERTIFICATE OF SERVICE

I, Paul P. Rooney, one of the attorneys for Plaintiffs, hereby certify that on February 7, 2008, the annexed CONSENT TO JOIN COLLECTIVE ACTION were served by United States Mail First Class upon defendants or their counsel at the following address:

Wendy Mellk, Esq.
Jackson Lewis LLP
58 South Service Road, Suite 410
Melville, NY 11747

*Attorneys for Defendants Homebridge Mortgage Bankers Corp. and Nicholas Bratsofalis*

_____/S/_____
Paul P. Rooney